UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEOWOLF VON PRINCE,<br><br>       Plaintiff,<br><br> -against-<br><br>FEDERAL RESERVE BANK OF NEW YORK,,<br><br>       Defendant. | 22-CV-9394 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the June 20, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  SO ORDERED.

Dated: June 20, 2023
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge